**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 04-45523 ABG | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | PHILLIPS, STEVEN E. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | PHILLIPS, JEAN MARIE | | Account: | ***-*****95-19 - Time Deposit Account |
| Taxpayer ID #: | 13-7443133 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 04/30/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Time Deposit Account Balance |
| 04/18/06 | | FUNDING ACCOUNT: ********9565 | | 9999-000 | 58,975.82 | | 58,975.82 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2500% | 1270-000 | 26.26 | | 59,002.08 |
| 05/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2500% | 1270-000 | 34.36 | | 59,036.44 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2500% | 1270-000 | 28.31 | | 59,064.75 |
| 06/19/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2500% | 1270-000 | 36.43 | | 59,101.18 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 26.77 | | 59,127.95 |
| 07/19/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 37.91 | | 59,165.86 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 28.91 | | 59,194.77 |
| 08/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 35.85 | | 59,230.62 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 34.07 | | 59,264.69 |
| 09/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 35.90 | | 59,300.59 |
| 10/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 63.39 | | 59,363.98 |
| 11/17/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 63.46 | | 59,427.44 |
| 12/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 63.54 | | 59,490.98 |
| 01/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 64.70 | | 59,555.68 |
| 02/15/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 60.52 | | 59,616.20 |
| 03/16/07 | | Transfer to MMA | Transfer to MMA | 9999-000 | | 400.00 | 59,216.20 |
| 03/19/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 60.58 | | 59,276.78 |
| 04/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 61.47 | | 59,338.25 |
| 05/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 61.54 | | 59,399.79 |
| 06/15/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 61.61 | | 59,461.40 |
| 07/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 62.94 | | 59,524.34 |
| 08/14/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 62.99 | | 59,587.33 |
| 09/13/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 63.07 | | 59,650.40 |

**Subtotals :**     **$60,050.40**     **$400.00**

{} Asset reference(s)     Printed: 05/01/2008 09:02 AM     V.10.03

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 04-45523 ABG
**Case Name:** PHILLIPS, STEVEN E.
PHILLIPS, JEAN MARIE
**Taxpayer ID #:** 13-7443133
**Period Ending:** 04/30/08

**Trustee:** ILENE F. GOLDSTEIN (330290)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****95-19 - Time Deposit Account
**Blanket Bond:** $3,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Time Deposit Account Balance |
|---|---|---|---|---|---|---|---|
| 10/15/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 64.39 | | 59,714.79 |
| 11/13/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 62.82 | | 59,777.61 |
| 12/12/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 62.89 | | 59,840.50 |
| 01/11/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0800% | 1270-000 | 54.21 | | 59,894.71 |
| 02/11/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0800% | 1270-000 | 56.39 | | 59,951.10 |
| 03/11/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0800% | 1270-000 | 51.61 | | 60,002.71 |
| 03/18/08 | | To Account #********9565 | Close CD | 9999-000 | | 60,002.71 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **60,402.71** | **60,402.71** | **$0.00** |
| | | | Less: Bank Transfers | | 58,975.82 | 60,402.71 | |
| | | | **Subtotal** | | **1,426.89** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,426.89** | **$0.00** | |

{} Asset reference(s)

Printed: 05/01/2008 09:02 AM  V.10.03

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 04-45523 ABG  
**Case Name:** PHILLIPS, STEVEN E.  
PHILLIPS, JEAN MARIE  
**Taxpayer ID #:** 13-7443133  
**Period Ending:** 04/30/08  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****95-65 - Money Market Account  
**Blanket Bond:** $3,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/17/05 | {11} | State Bank of the Lakes | Recovery of assets | 1129-000 | 30,500.62 | | 30,500.62 |
| 02/28/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 2.00 | | 30,502.62 |
| 03/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 9.07 | | 30,511.69 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 8.78 | | 30,520.47 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 9.07 | | 30,529.54 |
| 06/30/05 | {11} | Greg Phillips | Recovery of inheritance: settlement | 1129-000 | 40,000.00 | | 70,529.54 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 9.75 | | 70,539.29 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 22.69 | | 70,561.98 |
| 08/01/05 | 1001 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | FEES | 3110-000 | | 11,601.00 | 58,960.98 |
| 08/01/05 | 1002 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Expenses | 3120-000 | | 168.40 | 58,792.58 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 22.76 | | 58,815.34 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 23.13 | | 58,838.47 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 25.56 | | 58,864.03 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 26.62 | | 58,890.65 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 29.45 | | 58,920.10 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 33.18 | | 58,953.28 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 31.67 | | 58,984.95 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 35.08 | | 59,020.03 |
| 04/07/06 | 1003 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/01/2006 FOR CASE #04-45523, Annual Bond Amount | 2300-000 | | 44.21 | 58,975.82 |
| 04/18/06 | | ACCOUNT FUNDED: ********9519 | | 9999-000 | | 58,975.82 | 0.00 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.54 | | 20.54 |
| | | | **Subtotals :** | | **$70,809.97** | **$70,789.43** | |

{} Asset reference(s)

Printed: 05/01/2008 09:02 AM    V.10.03

## FORM 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 04-45523 ABG | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|
| Case Name: | PHILLIPS, STEVEN E. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | PHILLIPS, JEAN MARIE | Account: | ***-*****95-65 - Money Market Account |
| Taxpayer ID #: | 13-7443133 | Blanket Bond: | $3,000,000.00   (per case limit) |
| Period Ending: | 04/30/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.01 | | 20.55 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.01 | | 20.56 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.01 | | 20.57 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.01 | | 20.58 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.01 | | 20.59 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.01 | | 20.60 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.01 | | 20.61 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.01 | | 20.62 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.01 | | 20.63 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.01 | | 20.64 |
| 03/16/07 | | Transfer from TDA | Transfer from TDA | 9999-000 | 400.00 | | 420.64 |
| 03/20/07 | 1004 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #04-45523 | 2300-000 | | 51.13 | 369.51 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.11 | | 369.62 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.20 | | 369.82 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.20 | | 370.02 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.19 | | 370.21 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.21 | | 370.42 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.20 | | 370.62 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.18 | | 370.80 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.21 | | 371.01 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.19 | | 371.20 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.18 | | 371.38 |

**Subtotals :**    **$401.97**    **$51.13**

{} Asset reference(s)    Printed: 05/01/2008 09:02 AM    V.10.03

## Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 04-45523 ABG
**Case Name:** PHILLIPS, STEVEN E.
PHILLIPS, JEAN MARIE
**Taxpayer ID #:** 13-7443133
**Period Ending:** 04/30/08

**Trustee:** ILENE F. GOLDSTEIN (330290)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****95-65 - Money Market Account
**Blanket Bond:** $3,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 0.16 | | 371.54 |
| 02/12/08 | 1005 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #04-45523, Bond payment | 2300-000 | | 51.43 | 320.11 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.07 | | 320.18 |
| 03/18/08 | | From Account #********9519 | Close CD | 9999-000 | 60,002.71 | | 60,322.89 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.81 | | 60,326.70 |
| | | | **ACCOUNT TOTALS** | | 131,218.69 | 70,891.99 | $60,326.70 |
| | | | Less: Bank Transfers | | 60,402.71 | 58,975.82 | |
| | | | **Subtotal** | | 70,815.98 | 11,916.17 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$70,815.98** | **$11,916.17** | |

{} Asset reference(s)            Printed: 05/01/2008 09:02 AM    V.10.03

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| | |
|---|---|
| **Case Number:** 04-45523 ABG | **Trustee:** ILENE F. GOLDSTEIN (330290) |
| **Case Name:** PHILLIPS, STEVEN E. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| PHILLIPS, JEAN MARIE | **Account:** ***-*****95-65 - Money Market Account |
| **Taxpayer ID #:** 13-7443133 | **Blanket Bond:** $3,000,000.00   (per case limit) |
| **Period Ending:** 04/30/08 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| CD # ***-*****95-19 | 1,426.89 | 0.00 | 0.00 |
| MMA # ***-*****95-65 | 70,815.98 | 11,916.17 | 60,326.70 |
| | $72,242.87 | $11,916.17 | $60,326.70 |

{} Asset reference(s)

Printed: 05/01/2008 09:02 AM   V.10.03