**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 04-45523 |
| | ) | |
| Steven and Jean Marie Phillips | ) | Chapter 7 |
| | ) | |
| Debtors | ) | Hon. A. Benjamin Goldgar |

### ORDER ALLOWING FINAL STATUTORY COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE TRUSTEE ILENE F. GOLDSTEIN

This matter coming to be heard upon the **Final Application for Allowance of Statutory Compensation and Reimbursement of Expenses of the Trustee Ilene F. Goldstein,** the Trustee having filed an application seeking $6,862.14 in fees, due notice having been given and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED:**

Trustee, Ilene F. Goldstein is hereby awarded and the Trustee is directed to pay final statutory compensation in the amount of $6,862.14

Dated: _____     ENTER:

_____
HON. A. Benjamin Goldgar

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
850 Central Ave, Suite 200
Highland Park, Illinois 60035
(847) 926-9595