UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| STEVEN PHILLIPS, | ) | CASE NO.  04 B 45523 |
| JEAN MARIE PHILLIPS, | ) | |
| | ) | |
| DEBTORS. | ) | HON.  A. BENJAMIN GOLDGAR. |

**NOTICE OF FILING OF U.S. TRUSTEE'S
CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT**

**To:     Ilene F. Goldstein, Esq.
        Law Office Of Ilene F. Goldstein
        425 Hehl Road
        Suite 16B
        Northbrook, IL 60062
        Registrant's e-mail: lfgoldstein@aol.com**

        **Please Take Notice** that on **May 22, 2008**, the United States Trustee for the Northern District of
Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S.
Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.

        The United States Trustee has reviewed the Trustee's Final Report  in accordance with the standards
set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's
Final Report.

                                        WILLIAM T. NEARY
                                        UNITED STATES TRUSTEE

DATED: May 22, 2008                        BY: /s/ Dean C. Harvalis
                                        Dean C. Harvalis, Assistant U.S. Trustee
                                        OFFICE OF THE U.S. TRUSTEE
                                        219 South Dearborn Street, Room 873
                                        CHICAGO, ILLINOIS  60604
                                        (312) 886-5783

**CERTIFICATE OF SERVICE**

        I, Dean C. Harvalis, an attorney, state that pursuant to Section II, B, 4 of the Administrative
Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above
Notice of Filing of U.S. Trustee's Certificate of Review of Trustee's Final Report was accomplished through
the Court's Electronic Notice for Registrants on May 22, 2008.

                                /s/ Dean C. Harvalis