**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| IN RE:<br>PHILLIPS, STEVEN E.<br>PHILLIPS, JEAN MARIE<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04-45523 ABG<br><br>JUDGE A. Benjamin Goldgar |
|---|---|

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: U.S. BANKRUPTCY COURT sitting at the **Lakehurst Branch Court** located at **430 Lakehurst Road, Waukegan, Illinois** in **Courtroom B** or any other Court Room which may be assigned before the Honorable A. Benjamin Goldgar On: **June 27, 2008**    At: **2:00 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

| a. Receipts | $ | 72,242.87 |
|---|---|---|
| b. Disbursements | $ | 11,916.17 |
| c. Net Cash Available for Distribution | $ | 60,326.70 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED (Trustee's Firm Legal Fees) | 11,601.00 | $2,250.50 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED (Trustee's Firm Legal Expenses) | 168.40 | | $81.75 |
| ILENE F. GOLDSTEIN (Trustee Fees) | 0.00 | $6,862.14 | |
| Jodi E. Gimbel,P.C. (Trustee's Accountant Fees) | 0.00 | $385.00 | |

5. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to

      general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

6.    Claims of general unsecured creditors totaling $79,875.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 63.53%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Bank of America, NA | $ 15,075.34 | $ 9,577.82 |
| 2 | Discover Bank | $ 5,401.85 | $ 3,431.96 |
| 3 | MBNA America Bank NA | $ 10,613.57 | $ 6,743.12 |
| 4 | Chase Bank USA, N.A. | $ 2,831.13 | $ 1,798.70 |
| 5 | UNITED STATES DEPARTMENT OF EDUCATION | $ 3,680.68 | $ 2,338.45 |
| 6 | American Express Centurion Bank | $ 9,745.20 | $ 6,191.42 |
| 7 | American Express Centurion Bank | $ 8,290.86 | $ 5,267.43 |
| 8 | Citibank(South Dakota) N A | $ 24,236.88 | $ 15,398.41 |

7.    Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.    The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.    Debtor has been discharged.

10.    The Trustee proposed to abandon the following property at the hearing: NONE

| Dated: **June 4, 2008** | For the Court, |
|---|---|
| | |
| | |
| | By: **KENNETH S. GARDNER** |
| | Kenneth S. Gardner |
| | Clerk of the United States Bankruptcy Court |
| | 219 S. Dearborn Street; 7th Floor |
| | Chicago, IL  60604 |

Trustee:  ILENE F. GOLDSTEIN
Address: Law Offices of Ilene F. Goldstein, Chartered
850 Central Ave.
Suite 200
Highland Park, Illinois 60035
Telephone # (847) 926-9595

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7                  Page 1 of 1              Date Rcvd: Jun 04, 2008
Case: 04-45523                    Form ID: pdf002              Total Served: 26

The following entities were served by first class mail on Jun 06, 2008.
 db           +Steven E. Phillips,    2014 Burr Oak Lane,    Lindenhurst, IL 60046-9226
 jdb          +Jean-Marie Phillips,    2014 Burr Oak Lane,    Lindenhurst, IL 60046-9226
 aty          +Gary N Foley,    Shaw & Foley LLC,    33 N County St Ste 302,    Waukegan, IL 60085-4322
 tr           +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    850 Central Ave,    Ste 200,
                Highland Park, IL 60035-3278
8762131       +American Express,    PO Box 360002,    Ft. Lauderdale, FL 33336-0002
10492455       American Express Centurion Bank,    c/o Becket and Lee, LLP,
                P.O. Box 3001 Malvern, PA 19355-0701
8762134       +Bank One,    Dept. 0555,    PO Box 710555,    Columbus, OH 43271-0001
8762133       +Bank of America,    475 CrossPoint Parkway,    PO Box 9000,    Getzville, NY 14068-9000
9869292        Bank of America N A (USA),    P O B ox 2278,    Norfolk VA 23501-2278
8762135       +Capital One,    1957 Westmoreland Road,    Richmond, VA 23276-0001
10036281      +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
                Seattle, WA 98121-2339
8762137       +Chase Manhattan Bank,    PO Box 52195,    Phoenix, AZ 85072-2195
8762136       +Chase Manhattan Bank,    1211 West 22nd Street, Suite 120,    Oak Brook, IL 60523-3209
8762138       +Choice Visa,    PO Box 6414,    The Lakes, NV 88901-6414
10540311       Citibank(South Dakota) N A,    Citibank/Choice,    Exception Payment Processing,    P O Box 6305,
                The Lakes N V 88901-6305
8762139       +Citifinancial Mortgage,    8333 Ridgepoint Drive,    Irving, TX 75063-5812
8762142       +First USA,    PO Box 8650,    Wilmington, DE 19899-8650
8762143       +Fleet,    PO Box 17192,    Wilmington, DE 19850-7192
8762144       +Home Depot,    6625 Grand Avenue,    Gurnee, IL 60031-4591
8762145        MBNA America,    PO Box 15026,    Wilmington, DE 19850-5026
9992563       +MBNA America Bank NA,    P O Box 15168 MS 1423,    Wilmington, DE 19850-5168
8762146       +National City,    PO Box 856176,    Louisville, KY 40285-6176
10440388       UNITED STATES DEPARTMENT OF EDUCATION,     DIRECT LOAN SERVICING CENTER,    P.O. BOX 5609,
                GREENVILLE, TX 75403-5609
8762147       +US Department of Education,    501 Bleeker Street,    Utica, NY 13501-2401

The following entities were served by electronic transmission on Jun 05, 2008.
9894184        E-mail/PDF: mrdiscen@discoverfinancial.com Jun 05 2008 04:53:33      Discover Bank,
                Discover Financial Services,    P O Box 8003,    Hilliard, OH 43026
8762140        E-mail/PDF: mrdiscen@discoverfinancial.com Jun 05 2008 04:53:33      Discover Card,    PO Box 30395,
                Salt Lake City, UT 84130
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8762132*      +American Express,    PO Box 360002,    Ft. Lauderdale, FL 33336-0002
8762141*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
               (address filed with court: Discover Card,    PO Box 30395,    Salt Lake City, UT 84130)
                                                                                             TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 06, 2008**                          **Signature:**     _Joseph Speetjens_